# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE RUIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEN CLARK, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00893-AWI-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(DOC. NO. 11) |

　　　　George Ruiz ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 23, 2020, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending "that all claims and defendants be dismissed, except for Plaintiff's claims against (1) Defendants Ken Clark, D. Baughman, S. Alfaro, G. Jaime, J. Gallaghar and P. Llamas for (a) unconstitutional conditions of confinement in violation of the Eighth Amendment and (b) discriminatory treatment on account of Plaintiff's race in violation of the Equal Protection Clause of the Fourteenth Amendment with respect to being placed on a lockdown, a modified program, and reducing his privileges, and (2) Defendants Ken Clark, D. Baughman, and J. Gallaghar for preferentially treating black inmates classified as STG Bloods and STG Crips as compared to Plaintiff on account of his race in violation of the Equal Protection Clause of the Fourteenth Amendment." (Doc. No. 11 at p. 2).

　　　　Plaintiff was provided an opportunity to file objections to the findings and recommendations.  The deadline for filing objections has passed, and plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on September 23, 2020, are ADOPTED in full;
2. All claims and defendants are dismissed, except for plaintiff's claims against (1) Defendants Ken Clark, D. Baughman, S. Alfaro, G. Jaime, J. Gallaghar and P. Llamas for (a) unconstitutional conditions of confinement in violation of the Eighth Amendment and (b) discriminatory treatment on account of Plaintiff's race in violation of the Equal Protection Clause of the Fourteenth Amendment with respect to being placed on a lockdown, a modified program, and reducing his privileges, and (2) Defendants Ken Clark, D. Baughman, and J. Gallaghar for preferentially treating black inmates classified as STG Bloods and STG Crips as compared to Plaintiff on account of his race in violation of the Equal Protection Clause of the Fourteenth Amendment; and
3. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   December 3, 2020                         _____
                                                  SENIOR  DISTRICT  JUDGE