UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE RUIZ, | Case No. 1:20-cv-00893-AWI-EPG (PC) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE SCHEDULING CONFERENCE STATEMENT |
| v. | |
| KEN CLARK, et al., | TWENTY-ONE-DAY DEADLINE |
| Defendants. | (ECF No. 26) |
| | ORDER DIRECTING CLERK TO SEND PLAINTIFF COPY OF ORDER REQUIRING STATEMENTS FROM PARTIES REGARDING SCHEDULE AND DISCOVERY (ECF NOS. 24, 26) |

On December 21, 2020, the Court entered an order setting a mandatory scheduling conference and requiring the parties to exchange initial disclosures and to file scheduling conference statements. (ECF No. 24). On February 16, 2021, the Court vacated the mandatory scheduling conference but retained the requirements for the parties to exchange initial disclosures and file scheduling conference statements no later than March 29, 2021. (ECF No. 26). On March 29, 2021, Defendants filed their initial scheduling conference statement. (ECF No. 27). Plaintiff did not file a scheduling conference statement, and his deadline to do so has passed.

The Court will grant Plaintiff an additional twenty-one days to file his scheduling conference statement and will direct the Clerk of Court to send Plaintiff a copy of the orders requiring statements from parties regarding schedule and discovery. The Court notes that if

Plaintiff fails to file his statement within this twenty-one-day period, the Court may issue findings and recommendations to the assigned district judge, recommending that this action be dismissed, without prejudice, for failure to prosecute and failure to comply with court orders.

Accordingly, IT IS ORDERED that:

1. Plaintiff has twenty-one days from the date of service of this order to file his scheduling and discovery statement;
2. Failure to comply with this order may result in the dismissal of this action; and
3. The Clerk of Court is directed to send Plaintiff a copy of the orders requiring statements from parties regarding schedule and discovery (ECF Nos. 24, 26).

IT IS SO ORDERED.

Dated: **April 19, 2021**                             /s/ Erica P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE