UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE RUIZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KEN CLARK, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00893-AWI-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION REQUESTING THE COURT FOR ADMINISTRATIVE ASSISTANCE BY PROVIDING PLAINTIFF WITH A COPY OF THE SCHEDULING CONFERENCE STATEMENT<br><br>(ECF No. 30)<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF COPY OF SCHEDULING CONFERENCE STATEMENT<br><br>(ECF No. 31) |

Plaintiff George Ruiz is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On May 17, 2021, Plaintiff filed a "motion requesting the Court for administrative assistance by providing Plaintiff with a copy of the scheduling conference statement." (ECF No. 30). The motion states that Plaintiff has been unable to make a copy of his original scheduling conference statement (filed on May 17, 2021, at ECF No. 31) because prison officials have not given him access to the law library. Plaintiff alleges that, because the law library is the only place that he can make a copy of the scheduling conference statement, he is asking the Court to provide him with a (presumably free) copy.

1

While Plaintiff states that he needs a copy of the scheduling conference statement so that he can reference it at the "actual Conference Statement date that is yet to be set by this Court," Plaintiff is reminded that the Court has vacated the initial scheduling conference and will instead "issue a scheduling order after reviewing the parties' scheduling conference statements." (ECF No. 26).

While Plaintiff does not require a copy of his scheduling conference statement for any future scheduling conference, the Court appreciates Plaintiff's desire to keep a copy of the documents he has filed with the Court.

Plaintiff is advised that the Clerk of Court does not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. *See* 28 U.S.C. § 1914(a). In this instance, in light of the fact that Plaintiff has shown a need for a copy as he has no other, *Hall v. Skolnik*, No. 2:10-CV-00054-JCM, 2012 WL 280684, at *3 (D. Nev. Jan. 31, 2012), and because Plaintiff's scheduling conference statement is not voluminous, the Court will make a one-time exception and provide Plaintiff with a free copy of his original scheduling conference statement. In the future, Plaintiff must take every reasonable step available to him to retain a copy of all documents submitted to the Court and is advised that he may be required to pay for future copies should he request them from the Clerk.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion requesting the Court for administrative assistance by providing Plaintiff with a copy of the scheduling conference statement (ECF No. 30) is granted; and

2. The Clerk of Court is directed to send Plaintiff a free copy of Plaintiff's original scheduling conference statement. (ECF No. 31).

IT IS SO ORDERED.

Dated: **May 18, 2021**

/s/ Erin P. Groy
UNITED STATES MAGISTRATE JUDGE