UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE RUIZ,<br><br>  Plaintiff,<br><br>  v.<br><br>KEN CLARK, et al.,<br><br>  Defendants. | CASE NO. 1:20-cv-00893-AWI-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 44) |

Plaintiff George Ruiz is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On September 2, 2020, the assigned magistrate judge issued a screening order under 28 U.S.C. § 1915A and determined that Plaintiff's complaint stated claims against (1) Defendants Ken Clark, D. Baughman, S. Alfaro, G. Jaime, J. Gallaghar and P. Llamas for (a) unconstitutional conditions of confinement in violation of the Eighth Amendment and (b) discriminatory treatment on account of Plaintiff's race in violation of the Equal Protection Clause of the Fourteenth Amendment with respect to being placed on a lockdown and a modified program, and reducing his privileges, and (2) Defendants Ken Clark, D. Baughman, and J. Gallaghar for preferentially treating black inmates classified as STG Bloods and STG Crips as compared to Plaintiff on account of his race in violation of the Equal Protection Clause of the Fourteenth Amendment. Doc. No. 8 at 26.  The magistrate judge found no other cognizable claims.  Id.

On September 21, 2020, Plaintiff notified the Court that he wanted to proceed only on the claims found cognizable in the screening order.  Doc. No. 9.  Accordingly, the magistrate judge issued findings and recommendations (Doc. No. 11) on September 23, 2020, consistent with the

1 screening order, which the undersigned adopted (Doc. No. 21) on December 4, 2020.

2     On July 15, 2021, Defendants filed a motion for summary judgment, arguing that Plaintiff
3 failed to administratively exhaust any claim brought in the complaints—specifically, because he
4 did not file any grievance or sign a group appeal relating to the claims in his complaint—and thus
5 the case should be dismissed without prejudice. Doc. No. 35. The magistrate judge issued an
6 order directing Plaintiff to respond to Defendants' motion for summary judgment. Doc. No. 37.
7 After Plaintiff failed to timely file a response, the magistrate judge sua sponte entered a second
8 order, on August 23, 2021, requiring Plaintiff to respond to the motion for summary judgment,
9 giving him a deadline of September 10, 2021, to file an opposition brief, a statement of non-
10 opposition, or to request additional time to do so. Doc. No. 43. Plaintiff was warned that, if he
11 failed to comply with this order, the magistrate judge may treat the facts asserted by Defendants in
12 the motion for summary judgment as undisputed, or, alternatively, the magistrate judge "may
13 recommend that this case be dismissed for failure to prosecute and failure to comply with a court
14 order." Id. at 2.

15     After Plaintiff again failed to file anything, the magistrate judge issued findings and
16 recommendations on September 22, 2021, to dismiss this case without prejudice due to Plaintiff's
17 failure to prosecute and comply with court orders. Doc. No. 44. Plaintiff was provided fourteen
18 days to file objections to the findings and recommendations. Id. at 5. Plaintiff has not filed any
19 objections, and the time to do so has passed.

20     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a
21 de novo review of this case. Having carefully reviewed the entire file, the Court concludes that
22 the findings and recommendations are supported by the record and by proper analysis.

### **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 44) issued on September 22, 2021, are ADOPTED in full;
2. This action is DISMISSED without prejudice for lack of prosecution and failure to

comply with court orders; and

3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: __October 25, 2021__          _____
                                      SENIOR DISTRICT JUDGE